John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Sarah A. Noe (036283)
noes@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Conrad Mitchell, | NO. CV-22-00435-TUC-RM |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF** |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

Defendant JPMorgan Chase Bank, N.A. ("Chase") gives notice of its intention to depose Plaintiff Conrad Mitchell, on Tuesday, April 9, 2024, at 9:00 am Mountain Standard Time, until completed. The deposition will take place by videoconference, be recorded by stenographic and/or audiovisual means, and be conducted before an officer appointed or designated under Federal Rule of Civil Procedure 28.

Dated this 1st day of April, 2024.

BALLARD SPAHR LLP

By: */s/ Sarah A. Noe*
John G. Kerkorian
Sarah A. Noe
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# **CERTIFICATE OF SERVICE**

I certify that on the 1st day of April, 2024, I electronically transmitted a PDF version of the **DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF** to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

I further certify that on this same date a copy of the foregoing was served via e-mail upon the following:

> Cy T. Hainey, Esq.
> HILLTOP LAW FIRM
> P.O. Box 9096
> Phoenix, Arizona 85068
> *Attorney for Plaintiff*

*/s/ Nizza Jane Amphlett*

2