IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Mitchell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank NA,<br><br>　　　　Defendant. | No. CV-22-00435-TUC-RM<br><br>**ORDER** |

　　　　On April 3, 2024, a telephonic conference regarding a discovery dispute was held before Judge Márquez's law clerk, with Cy Hainey for Plaintiff and Sarah A. Noe for Defendant in attendance. Based on the Conference, the Court will order Plaintiff to supplement his initial damages disclosure and conduct a reasonably diligent search for documents responsive to Defendant's requests.

　　　　Federal Rule of Civil Procedure 26 governs initial disclosures. Under Rule 26(a), the parties must disclose "a computation of each category of damages claimed" and "make available for inspection and copying…the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based." Fed. R. Civ. P. 26(a)(1)(A)(iii). Rule 26(e) imposes a continuing obligation to supplement the initial disclosures whenever the parties find that the initial disclosures were "incomplete or incorrect." Fed. R. Civ. P. 26(e)(1)(A). By April 24, 2024, the Court will order Plaintiff to supplement his initial damages disclosure by specifying "a computation of each category of damages claimed." Fed. R. Civ. P. 26(a)(1)(A)(iii). The

assessment should provide sufficient detail to enable Defendant to make informed decisions regarding settlement and discovery.

The Court will further order Plaintiff to do the following by April 24, 2024: (1) conduct a reasonably diligent search for documents in his possession, custody, or control that are responsive to Defendant's document requests; (2) serve Defendant with further supplemental responses to each of Defendant's requests, with each such response expressly stating that after a reasonably diligent search, Plaintiff has produced all responsive documents in his possession, custody or control; and (3) serve Defendant with a declaration explaining how the searches were conducted and verifying that the searches were done in a reasonably diligent manner. The declaration must describe the searches in sufficient detail to enable the Court to confirm that the searches comply with this Order.

If there are any disputes regarding the supplemental disclosure or the declaration(s) that are the subject of this Order, the Parties must meet and confer promptly and in good faith. Any issues that cannot be resolved may be raised in a joint brief.

**IT IS ORDERED** that Plaintiff must supplement his initial damages disclosure pursuant to Federal Rule of Civil Procedure 26 on or before **April 24, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff must conduct a reasonably diligent search for documents responsive to Defendant's document requests, and serve Defendant with further supplemental responses and declarations as described herein, on or before **April 24, 2024**.

Dated this 4th day of April, 2024.

Honorable Rosemary Márquez
United States District Judge