# Exhibit A

John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Sarah A. Noe (036283)
noes@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:    602.798.5400
Facsimile:    602.798.5595

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Conrad Mitchell,

          Plaintiff,

v.

JPMorgan Chase Bank, N.A.,

          Defendant.

NO. CV-22-00435-TUC-RM

**DECLARATION OF KRYSTAL SPAULDING IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Krystal Spaulding, declare as follows:

1.    I am an Associate Fraud Manager I at JPMorgan Chase Bank, N.A. ("Chase"). I am over the age of 18 and otherwise competent to testify in a court of law in the United States and make this declaration without being under fraud, duress, or undue influence from any person as to the following facts.

2.    I make this declaration in support of Chase's Response in Opposition to Plaintiff's Motion for Summary Judgment and Chase's Cross-Motion for Summary Judgment.

3.    In my capacity as Associate Fraud Manager I, I have access to and reviewed Chase's regularly kept records regarding Plaintiff Conrad Mitchell's credit card account.

4.    In my role as Associate Fraud Manager I, I have actual knowledge of the manner of keeping business records at Chase. I have examined the records attached hereto and confirm that they are true and correct copies of Chase's business records.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

5.      The statements made herein are based upon my personal knowledge obtained during the course of my employment at Chase and my review of relevant business records related to this case.

6.      I have worked with Chase in various capacities for approximately 15 years. In connection with my employment, I am familiar with Chase's practices and procedures regarding credit card billing and fraud investigations.

7.      Before Plaintiff initiated the dispute, Plaintiff Conrad Mitchell had a credit card account with Chase ending in 5573. Today, Plaintiff Conrad Mitchell's credit card account with Chase ends in 3464.

8.      As of August 12, 2022, the physical address that Plaintiff Conrad Mitchell provided to Chase for its system of record was ███ Lancaster Rd, Tucson, Arizona 85715.

9.      The email address that Plaintiff Conrad Mitchell provided to Chase for its system of record is ████@yahoo.com. Chase regularly sends emails to Plaintiff at this email address.

10.     As of August 12, 2022, the phone numbers that Plaintiff Conrad Mitchell provided to Chase for its system of record were (520) ████ and (720) ████.

11.     On August 12, 2022 at 6:10am AZ time, Chase sent Plaintiff an email message notifying Plaintiff that it had declined a charge to SeaWorld San Diego ("SeaWorld") and requested additional verification. Chase's internal system keeps timestamps in Eastern Time, so Chase's internal system notes show that Chase sent Plaintiff the email at 9:10am ET time. *See* System Notes, attached as **Exhibit 1**, at CHASE-CONRAD_000101. Chase did not receive a response by email confirming or denying the charge. *See generally*, *id.*

12.     At 6:12am AZ time, Chase received the requested verification through its Voice Response Unit ("VRU") system. *See* System Notes, Ex. 1, at CHASE-CONRAD_000099.

13.      The VRU is an automated system through which a customer verify purchases made on his account without actually speaking to any person.  If the customer calls the VRU system when prompted from the phone number associated with the account, the customer can verify the charges by inputting the last four digits of the account number. The VRU system is different from the Voice ID Unit, which creates a unique voiceprint based on a customer's voice.  The Voice ID Unit was not utilized to verify the SeaWorld or Viator Trip Advisor charges, and today the VoiceID Unit is not set up on Plaintiff's account ending in 3464.

14.      Chase's VRU system received an inbound call from Plaintiff's phone number beginning with the 520 area code that validated these charges at 6:12am AZ time. *See* System Notes, Ex. 1, at CHASE-CONRAD_000099.

15.      At 6:33am AZ time, Chase sent Plaintiff an email message notifying Plaintiff that it had declined a charge to Viator Trip Advisor and requested additional verification. *See* System Notes, Ex. 1, at CHASE-CONRAD_000099.

16.      At 6:34am AZ time, Chase received the requested verification via phone call from Plaintiff's personal phone number beginning with the 520 area code. *See* System Notes, Ex. 1, at CHASE-CONRAD_000099. Chase did not receive a response by email confirming or denying the charge. *See generally*, *id*.

17.      On August 12, 2024, Chase received five phone calls from Plaintiff's (520) 329-2656 phone number at: 6:33am, 6:53am, 7:00am, 8:14am, and 8:16am (each listed in AZ time). In the 6:33am, phone call, the caller from Plaintiff's phone number verified the charges to Viator Trip Advisor and SeaWorld. In the 8:14am phone call, the caller from Plaintiff's phone number disputed the charges to SeaWorld and Viator Trip Advisor. In one of the phone calls, the caller from Plaintiff's phone number was unable to correctly identify mother's maiden name.

18.      When Plaintiff reported the charges as fraudulent, Chase issued the new account number ending in 3464 and provided Plaintiff with a temporary credit for each of the charges while it investigated the dispute. Chase sent Plaintiff a letter on August 19,

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

2022, acknowledging his dispute of the charges. A true and correct copy of the August 19, 2022 letter is attached hereto as **Exhibit 2**.

19.    Chase requested documentation from Legoland, SeaWorld, and Trip Advisor related to the charges made on August 12, 2022 regarding the name of the purchaser, the email and home address associated with the purchaser, and the number of tickets purchased.

20.    Chase requested documentation from Legoland for Plaintiff's allegedly fraudulent Charges. Chase then provided a credit on Plaintiff's account for the Legoland charges. A true and correct copy of the Legoland Response is attached hereto as **Exhibit 3** at CHASE-CONRAD_000006-000007.

21.    Chase requested documentation from SeaWorld for the allegedly fraudulent charge of $1,756.23. The merchant responded and provided evidence that the tickets were purchased with Plaintiff's email, ███████@yahoo.com, for "Print_At_Home", were associated with his phone number and home address, and named guests with the last name "Mitchell." A true and correct copy of the SeaWorld Response is attached hereto as **Exhibit 4** at CHASE-CONRAD_000008-000023.

22.    Chase requested documentation from Trip Advisor for the allegedly fraudulent charge of $1,530.00. The merchant responded and provided evidence that the tickets were purchased with Plaintiff's email, ███████@yahoo.com, were associated with his phone number and home address, and named guests with the last name "Mitchell." A true and correct copy of the Trip Advisor Response is attached hereto as **Exhibit 5** at CHASE-CONRAD_000024-000037.

23.    In its investigation of the dispute, Chase verified that the email address associated with the purchased SeaWorld and Trip Advisor tickets matched the email address Plaintiff had on file with Chase.

24.    In its investigation of the dispute, Chase verified that the mailing address and phone number associated with the purchased SeaWorld and Trip Advisor tickets matched the mailing address and phone numbers Plaintiff had on file with Chase.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

25.     After reviewing the submitted documentation from SeaWorld and Viator Trip Advisor and reviewing its System Notes to confirm that the charge was verified by the VRU, Chase determined that the charges were not fraudulent.

26.     Because the tickets were purchased with Plaintiff's email account, the billing information and phone number matched Plaintiff's, and the tickets were made out to persons with the last name "Mitchell," Chase determined that the charges were not fraudulent.

27.     Chase sent Plaintiff a letter on September 17, 2022, stating that it investigated the matter and that it determined the contested charges were not fraudulent. A true and correct copy of the September 17, 2022 letter is attached hereto as **Exhibit 6**.

28.     At no point during the investigation did Plaintiff inform Chase that he had disputed the charges with the SeaWorld or Viator Trip Advisor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___07/01/2024___.

By: _Krystal Spaulding_____
    Krystal Spaulding, Power of Attorney

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

# Exhibit 1

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID _____ OPERATOR _____
   DATE   TIME    TYPE OPER   TRACKG TRAN    MEMO SEARCH
```

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID _____ OPERATOR _____
   DATE   TIME    TYPE OPER   TRACKG TRAN    MEMO SEARCH _____
092322 01:40 A   274 NAESYS          BAT
                       TO    B
092022 01:01 P   418 V68579          SINF
DELINQUENCY STATUS        FROM DELINQUENCY
                         TO   HIGH RISK
092022 06:09 A   766 DISPSU          BAT
   TXN REF NUMBER:                 TXN TAG CODE: 015
   CUSTOMER NAME: CONRAD MITCHELL            CUSTOMER ROLE: 0
   DISPOSITION: A1   TXN DATE: 0000000  DATE POST: 0000000  TIME POST: 0000007



   REASON: BA
   OVERRIDE REASON:
   INELIGIBILITY REASON:
   MEMO: REFUND BY FEE & FC CALCULATOR


   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000092

CONFIDENTIAL

```
                    X3464
                  INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE  TIME   TYPE OPER  TRACKG TRAN    MEMO SEARCH _____
 092022 12:03 A   665 MINR        BAT
MINIMUM PAYMENT METHOD    FROM  MIN PAY CODE 03 MIN PAY REASON


 091922 11:21 A   931 RISZNS        LAMO
mchrpu//xfer from O501011//tt pcm calling to ffup abt the credit for the trans
he report as fraud//process adj
 091922 11:20 A   256 RISZNS 000000 WCSA
TRANSACTION ADJUSTMENT          PURCHASE
                                4147400159525573   TC 0101 TCAT 0001 FUNC DBT
                                427.96  REF 24204292224004541230131
                                FEE FC FLAG N
                                FPST Y     PLAN
                                Legoland California     760-9185346  , CA



 F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                  3464
                  INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE  TIME   TYPE OPER  TRACKG TRAN    MEMO SEARCH _____
 091922 11:20 A   256 RISZNS 000000 WCSA
TRANSACTION ADJUSTMENT          PURCHASE
                                4147400359993464   TC 0160 TCAT 0001 FUNC CAJ
                                427.96  REF 24204292224004541230131
                                FEE FC FLAG T
                                FPST Y     PLAN
                                Legoland California     760-9185346  , CA
 091922 11:19 A   345 RISZNS 000000 WCSA    CONRAD MITCHELL
FRAUD TRANSACTION               4147400159525573   TC 2040 RC 6   TYP REC 1
                                1001 ZFL
                                427.96  REF 24204292224004541230131
                                Legoland California     760-9185346  CA
                                4003         POST DT 08/14/22



 F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000093

CONFIDENTIAL

```
                         3464
                    INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH    _____
091922 11:16 A   930 RIS65A         LAMO
$$$CEBFEVA. Caller: CONRAD MITCHELL (Primary) IR Outcome: NRI
plasticCounterfeit plastic Call Reason - FRAUD VRU TRANSFER POC Yes. /POC
YES/ Card Activated Dispositioned as No Fraud Attempted New Status 'CW'
applied New Reason Code '16' applied
091922 11:16 A   930 RIS65A         LAMO
$$$XFRD TO RPU
091922 11:16 A   573 RIS65A 5500    LMTI
CARD WATCH UPDATED      FROM CARD WATCH STATUS CW   PTI 00
                            START DATE 00/00/00 END DATE 00/00/00
                        TO  CARD WATCH STATUS CW16 PTI 00
                            START DATE 09/19/22 END DATE 10/19/22
091922 11:16 A   311 RIS65A 5500    LMCV    CONRAD MITCHELL
CARD RECEIPT VERIFICATION FROM N
                          TO Y
091922 11:16 A   459 RIS65A 5500    LRAU    CONRAD MITCHELL
RESET DAILY COUNTERS         TANDEM AUTHORIZATION COUNTERS RESET


   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS     F __
```

```
                         3464
                    INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH    _____
091922 11:14 A   520 SVVRCP 5500    LMVR
VERIFICATION VALUE              CVV2 PASS
091922 11:13 A   933 SVVRCP         LAMO
$$$CSO VRU - Call xfrd as new fraud claim
091922 02:16 A   314 AUTO           BAT
CREDIT BUREAU UPDATE         CREDIT BUREAU  TW  EQ  TU  IN
                            STATUS CODE  11  COMMENT CODE
                            TRANS TYPE         ASSOC CODE
                            ACCT NBR CHANGE    HISTORIC DELINQ
                            COMPLIANCE CONDITION CODE:



                            AMT PAST DUE:        0
                            PAYMENT HISTORY LST YR: 000000000000
                            ECOA: 1
                            DATE OF FIRST DELINQUENCY: 00/00/00


   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS     F __
```

CHASE-CONRAD_000094

CONFIDENTIAL

```
                        3464
                  INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL               LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK  _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
 DATE   TIME   TYPE OPER  TRACKG TRAN    MEMO SEARCH _____
091822 10:03 A   256 RISUFU    0 CCSA
TRANSACTION ADJUSTMENT          SEAWORLD SAN DIEGO
                                4147400159525573    TC 0160 TCAT 0001 FUNC CAJ
                                1756.23   REF 24941682225698433434732
                                FEE FC FLAG N
                                FPST Y      PLAN
                                SEAWORLD SAN DIEGO       407-545-5550 , FL
091822 10:03 A   256 RISUFU 000000 CCSA
TRANSACTION ADJUSTMENT          SEAWORLD SAN DIEGO
                                4147400359993464    TC 0101 TCAT 0001 FUNC DBT
                                1756.23   REF 24941682225698433434732
                                FEE FC FLAG N
                                FPST Y      PLAN
                                SEAWORLD SAN DIEGO       407-545-5550 , FL




    F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                        3464
                  INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL               LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK  _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
 DATE   TIME   TYPE OPER  TRACKG TRAN    MEMO SEARCH _____
091822 10:02 A   256 RISUFU    0 CCSA
TRANSACTION ADJUSTMENT          VIATORTRIPADVISOR US
                                4147400159525573    TC 0160 TCAT 0001 FUNC CAJ
                                1530.00   REF 24492152224743381236016
                                FEE FC FLAG N
                                FPST Y      PLAN
                                VIATORTRIPADVISOR US      7027495744  , CA
091822 10:02 A   256 RISUFU 000000 CCSA
TRANSACTION ADJUSTMENT          VIATORTRIPADVISOR US
                                4147400359993464    TC 0101 TCAT 0001 FUNC DBT
                                1530.00   REF 24492152224743381236016
                                FEE FC FLAG N
                                FPST Y      PLAN
                                VIATORTRIPADVISOR US      7027495744  , CA




    F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000095

CONFIDENTIAL

```
                        3464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                 LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE  TIME  TYPE OPER  TRACKG TRAN   MEMO SEARCH  _____
091722 10:04 A   931 RISUFU       LAMO
ILREC.REPRE***REBILL DUE***name,email and billing match for reservation/
additional travelrs match to many possible family members/ digital bnft used
for reservaiton match eof/rebill no contact/
091722 10:04 A   931 RISUFU       LAMO
ILREC.REPRE/rebill no contact/credit sf 5573:3286.23/ dbt rpl 3464:  3286.23/
090822 12:31 P   912 V68247       SINF
AMZ EM:  MONTHLY EMAIL WITH SUMMARY OF NUMBER OF POINTS REDEEMED & CASH VALUE
IN PRIOR MONTH AND YEAR TO DATE SUMMARY. MINIMUM OF 500 POINTS REDEEMED ON
AMAZON.COM IN PRIOR MONTH TO RECEIVE EM.  EM CONTAINS OPTIONAL  CARD RATING
SURVEY ON AMAZON.COM.
082022 12:32 A   665 MINR         BAT
MINIMUM PAYMENT METHOD    FROM  MIN PAY CODE 03 MIN PAY REASON
                          TO   MIN PAY CODE 03 MIN PAY REASON




     F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
    IAED KEY 4147400359993464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                 LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE  TIME  TYPE OPER  TRACKG TRAN   MEMO SEARCH  _____
081922 02:51 A   314 AUTO         BAT
CREDIT BUREAU UPDATE          CREDIT BUREAU  TW  EQ  TU  IN
                             STATUS CODE  11  COMMENT CODE
                             TRANS TYPE       ASSOC CODE
                             ACCT NBR CHANGE  Y  HISTORIC DELINQ
                             COMPLIANCE CONDITION CODE: XR




                             ECOA: 1
                             DATE OF FIRST DELINQUENCY: 00/00/00
081722 04:03 A   479 TS2OPR       BAT
CARD MAILING STATUS          08/16/22   CONRAD MITCHELL
                             CARD MAILED OH


     F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000096

CONFIDENTIAL

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT ___ ___ TRAN ID _____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH   _____
081322 08:52 A   913 CRE4UH       AAME
CSU AUTOMATION/  NO FRAUD TRANSACTIONS FOUND ON BOTH SF AND RPL ACCOUNT/NFAT
081322 01:43 A   059 AUTO         BAT    CONRAD MITCHELL
FIRM CUST ID              FROM FIRM CUST ID :0248270997
                         TO   FIRM CUST ID :0248270997
081322 12:26 A   663 BAT          BAT
ACCESS METHOD TYPE CODE    FROM 3
                          TO   5
081322 12:13 A   577 AUTO  5500   BAT    CONRAD MITCHELL
SCRIPT MAINTENANCE RECORD      ACTION:     A
                               SCRIPT ID:  UCL0
                               SCRIPT TYPE: UPDUCOL
                               DESCRIPTION: UPD UCOL TO 0
                               ACCOUNT NUMBER: 4147400159525573   SEQ#: 03
                               FROM SCRIPT:00000003
                               TO SCRIPT:00000000


   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT ___ ___ TRAN ID _____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH   _____
081222 10:07 A   173 PTS8CH 5500  LRCD    CONRAD MITCHELL



081222 10:07 A   743 PTS8CH 5500  LMXR    CONRAD MITCHELL
CARD CONTROL ON/OFF IND   FROM LOCK
CARD REF NB 328334263     TO   UNLOCK

                          5573
                          3464
                 STATUS 06  AUTHS ACT Y
                 SEC/FRAUD STATUS MP  TRANSACTIONS N



   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000097

CONFIDENTIAL

```
                        3464
                   INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
   DATE   TIME   TYPE OPER   TRACKG TRAN   MEMO SEARCH _____
   081222 10:07 A   234 PTS8CH  5500      LCSR
SECURITY REPORT ADDED              REPORTED BY: PCM
                                   MISSING:     08/12/22 12:00 A
                                   RPT TAKEN:   08/12/22 10:05 A
                                   ENTERED:     08/12/22 10:07 A
                                   LAST USED:   08/12/22 12:00 A    1,293.00
                                   SF STATUS MP    FRAUD FLAG Y
                                   CARD MISSING 4147400159525573 04
   081222 10:01 A   930 PTS8CH         LAMO
$$$PRODS-ByPass;PRODS-ByPass;OTP-Success;
   081222 09:56 A   900 FRDPTR         LAMO
CSGI Alert closed by Chase
   081222 09:56 A   900 FRDPTR         LAMO
CSGI Alert closed by Chase




   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS     F __
```

```
                        3464
                   INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
   DATE   TIME   TYPE OPER   TRACKG TRAN   MEMO SEARCH _____
   081222 09:56 A   930 CMXGSH         LAMO
$$$mumctr. Caller: CONRAD MITCHELL (Primary) IR Outcome: Mail Order Telephone
OrderLost/Stolen Call Reason - OUTBOUND CALLBACK Dispositioned as Follow-Up
New Status 'CW' applied New Reason Code '24' applied
   081222 09:56 A   930 CMXGSH         LAMO
$$$mmn - fail / cm hung up while trying to complete verif /
   081222 09:56 A   573 CMXGSH  5500      LMTI
CARD WATCH UPDATED      FROM CARD WATCH STATUS CW16 PTI 00
                            START DATE 08/12/22 END DATE 09/11/22
                       TO   CARD WATCH STATUS CW24 PTI 00
                            START DATE 08/12/22 END DATE 09/11/22
   081222 09:55 A   930 CMXGSH         LAMO
$$$MMN-Fail;MMN-Fail;
   081222 09:52 A   743 integr 5500      ZMCC     CONRAD MITCHELL
CARD CONTROL ON/OFF IND   FROM UNLOCK
CARD REF NB 328334263     TO   LOCK




   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS     F __
```

CHASE-CONRAD_000098

CONFIDENTIAL

```
                          3464
                    INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT __ __  TRAN ID ____  OPERATOR _____
  DATE  TIME  TYPE OPER  TRACKG TRAN  MEMO SEARCH  _____
081222 09:35 A  900 CMXGV9        LAMO
FA: CM CTI, Ph#:5203292656, Pri:CONRAD MITCHELL, Rsn:AuthStatus, 09:35...GV9
081222 09:34 A  900 CMXGV9        LAMO
FA: CM CTI, Ph#:5203292656, Pri:CONRAD MITCHELL, Rsn:, 09:34...GV9
081222 09:34 A  900 CMXGV9        LAMO
cm t, cm responded Not Interested in ADU-CHA:Add AU-Unlck Ptntial...WILGV9
081222 09:34 A  900 CMXGV9        LAMO
ALTRD, CRO Solicited Strategy is ADU-CHA:Add AU-Unlck Ptntial ...WILGV9
081222 09:33 A  900 FRDPTR        LAMO
CSGI Delivered  E-Mail to          @YAHOO.COM
081222 09:33 A  900 CMXGV9        LAMO
cm t, gen ver , , PRI, 08122022...WILGV9
081222 09:33 A  900 FRDPTR        LAMO
CSGI acknowledges receipt of case
081222 09:33 A  902 TDESYS        TDOC
Frd Policy decl
Place TWL5 to clear if valid


  F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS   F __
```

```
                          3464
                    INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                    LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT __ __  TRAN ID ____  OPERATOR _____
  DATE  TIME  TYPE OPER  TRACKG TRAN  MEMO SEARCH  _____
081222 09:33 A  762 TDESYS   5500 TDOC
                             5573
TRIGGER DATE : 08/12/2022    TRIGGER TIME : 09:33:31
MESSAGE TYPE :0100           REQUEST CODE:00-PURCHASE
MERCHANT NAME :VIATORTRIPADVISOR US       AMOUNT :     1,530.00
FROM                              TO
CORA CLASSIFIER:                  CORA CLASSIFIER: T
081222 09:12 A  900 FRDPTR        LAMO
CSGI Alert closed by Chase
081222 09:12 A  933 SVVRCP        LAMO
Fraud IB VRU Verified Activity, ANI 5203292656
081222 09:12 A  572 SVVRCP   5500 LMTI
TIERED WATCH UPDATED    FROM TIERED WATCH STATUS TW  PTI 00
                             START DATE 05/20/16 END DATE 07/19/16
                          TO  TIERED WATCH STATUS TW  PTI 00
                             START DATE 00/00/00 END DATE 00/00/00


  F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS   F __
```

CHASE-CONRAD_000099

CONFIDENTIAL

```
                        3464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL             LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT ___ __ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH   _____
081222 09:12 A   573 SVVRCP 5500    LMTI
CARD WATCH UPDATED      FROM CARD WATCH STATUS CW33 PTI 00
                            START DATE 08/12/22 END DATE 08/19/22
                       TO   CARD WATCH STATUS CW16 PTI 00
                            START DATE 08/12/22 END DATE 09/11/22

081222 09:12 A   762 SVVRCP 5500    LMFR
ACCOUNT NUMBER: 4147400159525573
TRIGGER DATE : 08/12/2022   TRIGGER TIME : 09:10:35
MESSAGE TYPE :0100         REQUEST CODE:00-PURCHASE
MERCHANT NAME :SEAWORLD SAN DIEGO         AMOUNT :    1,756.23
FROM                               TO
CORA CLASSIFIER: T                 CORA CLASSIFIER: G




  F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                        3464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL             LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____  EVENT __ __ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH   _____
081222 09:12 A   387 SVVRCP 5500    LMFR
AUTH CONFIRMATION CODE
                     5573
MERCHANT NAME: SEAWORLD SAN DIEGO      AMOUNT:         1,756.23
MERCHANT CATEGORY CODE: 7996    CITY: ORLANDO        STATE: FL
AUTH CODE: 000000          AUTH DATE: 08/12/22    AUTH TIME: 09:10 A
CVV-CVC RESPONSE: X   AVS RESPONSE: Y   POS: 81  MOTO INDICATOR: 5
GUID HIGH: 0212527069835950730      GUID LOW: 6828053477759385600
FROM                               TO
AUTH CONFIRM CD:                   AUTH CONFIRM CD: N
081222 09:12 A   762 SVVRCP 5500    LMFR
                     5573
TRIGGER DATE : 08/12/2022   TRIGGER TIME : 09:10:36
MESSAGE TYPE :0100         REQUEST CODE:00-PURCHASE
MERCHANT NAME :SEAWORLD SAN DIEGO         AMOUNT :    1,756.23
FROM                               TO
CORA CLASSIFIER: T                 CORA CLASSIFIER: G

  F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000100

CONFIDENTIAL

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL              LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH _____
 081222 09:12 A   387 SVVRCP 5500   LMFR
AUTH CONFIRMATION CODE
.................5573
MERCHANT NAME: SEAWORLD SAN DIEGO        AMOUNT:     1,756.23
MERCHANT CATEGORY CODE: 7996     CITY: ORLANDO          STATE: FL
AUTH CODE: 000000            AUTH DATE: 08/12/22    AUTH TIME: 09:10 A
CVV-CVC RESPONSE: X   AVS RESPONSE: Y    POS:  10   MOTO INDICATOR: 5
GUID HIGH:  0212527069836250283      GUID LOW:  6658422035275317248
FROM                                 TO
AUTH CONFIRM CD:                     AUTH CONFIRM CD: N
 081222 09:10 A   900 FRDPTR         LAMO
CSGI Delivered  E-Mail to         @YAHOO.COM
 081222 09:10 A   900 FRDPTR         LAMO
CSGI Multi-CORA transaction not sent to customer
 081222 09:10 A   900 FRDPTR         LAMO
CSGI acknowledges update to case



   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                    3464
              INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL              LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER   TRACKG TRAN    MEMO SEARCH _____
 081222 09:10 A   900 FRDPTR         LAMO
CSGI acknowledges receipt of case
 081222 09:10 A   762 TDESYS 5500   TDOC
                 5573
TRIGGER DATE : 08/12/2022    TRIGGER TIME : 09:10:36
MESSAGE TYPE :0100          REQUEST CODE:00-PURCHASE
MERCHANT NAME :SEAWORLD SAN DIEGO        AMOUNT :     1,756.23
FROM                                 TO
CORA CLASSIFIER:                     CORA CLASSIFIER: T
 081222 09:10 A   902 TDESYS         TDOC
High_Risk_CNP_Txn
 081222 09:10 A   902 TDESYS         TDOC
High_Risk_CNP_Txn



   F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000101

CONFIDENTIAL

```
                    3464
               INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                 LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH _____
 081222 09:10 A    573 TDESYS 5500    TDOC
 CARD WATCH UPDATED           FROM CARD WATCH STATUS CW33 PTI 00
                                   START DATE 08/12/22 END DATE 08/19/22
                              TO   CARD WATCH STATUS CW33 PTI 00
                                   START DATE 08/12/22 END DATE 08/19/22
 081222 09:10 A    762 TDESYS 5500    TDOC
                            6573
 TRIGGER DATE : 08/12/2022   TRIGGER TIME : 09:10:35
 MESSAGE TYPE :0100          REQUEST CODE:00-PURCHASE
 MERCHANT NAME :SEAWORLD SAN DIEGO          AMOUNT :    1,756.23
 FROM                            TO
 CORA CLASSIFIER:                CORA CLASSIFIER: T
 081222 09:10 A    573 TDESYS 5500    TDOC
 CARD WATCH UPDATED           FROM CARD WATCH STATUS CW  PTI 00
                                   START DATE 00/00/00 END DATE 00/00/00
                              TO   CARD WATCH STATUS CW33 PTI 00
                                   START DATE 08/12/22 END DATE 08/19/22


    F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                    3464
               INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                 LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
  DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH _____
 081022 02:46 P    900 integr        LAMO
 EPay Request by integr, via WebSite channel Amount=1,000.00,Currency=0$, ABA 12
 2105278, DDA ending in 5412, credit date 8/10/2022, conf # 6128224322
 080922 12:11 P    912 V68247        SINF
 AMZ EM:  MONTHLY EMAIL WITH SUMMARY OF NUMBER OF POINTS REDEEMED & CASH VALUE
 IN PRIOR MONTH AND YEAR TO DATE SUMMARY. MINIMUM OF 500 POINTS REDEEMED ON
 AMAZON.COM IN PRIOR MONTH TO RECEIVE EM.  EM CONTAINS OPTIONAL  CARD RATING
 SURVEY ON AMAZON.COM.
 080622 08:15 A    647 BATCH         BAT
 EARNING METHOD REMOVED        61447 PROFFER 61447 2021-09-15
                              FULF OPTION   0607 RPC0510 AMAZON PRIME
                              RPC           0510 AMAZON PRIME REWARDS VISA




    F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000102

CONFIDENTIAL

```
                    3464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                  LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
   DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH _____
080522 08:08 P   906 SVIDMS 550014 LAMO
MERCHANT DISPUTE MEMO
 Claim ID: C-20220627-9918, Case ID: D-20220627-13834, Merchant Name: TENNESSEE
 WHOLESALE NURSE , Dispute amount: $148.85, Transaction Date: 06/11/22, Pre-arb
 itration submitted, pending acquirer response , DisputePreArbID :3359148345, SI
 D : N666713
080522 06:13 A   771 E84879         BAT    CONRAD MITCHELL
SPLIT TENDER TRANSACTION         PWP MRCH ORD NBR: 5HQ2FZ4ZBBY17BJXQBGWN0
   TRANSACTION TYPE: D            PROGRAM REDEMPTION TYPE CODE: CB
   MULTI-TENDER IND: N            CARD #:          4147400159525573
   CRD TXN POST DATE: 08/03/2022  PNT TXN POST DATE:  07/31/2022
   CRD TXN POST TIME: 15:16:46    PNT TXN POST TIME:  11:59:09
   CRD TXN $ AMT:          35.21 PNT TXN POINTS AMT:      15547.00




     F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

```
                    3464
                INQUIRE ACCOUNT EVENT DETAIL
CONRAD MITCHELL                  LAST MNT 11/27/2022  PREV MNT 11/26/2022
DATE 112722 TO 082900 TRACK _____ EVENT ___ ___ TRAN ID ____ OPERATOR _____
   DATE   TIME   TYPE OPER  TRACKG TRAN   MEMO SEARCH _____
080222 01:01 P   573 TDESYS 5500   TDOC
CARD WATCH UPDATED       FROM CARD WATCH STATUS CW19 PTI 00
                              START DATE 07/20/22 END DATE 08/18/22
                         TO  CARD WATCH STATUS CW19 PTI 00
                              START DATE 08/02/22 END DATE 08/03/22
 072022 02:29 P   900 FRDPTR         LAMO
CSGI RCVD Verified Response via E-mail
072022 02:29 P   573 FRDPTR 5500   LMTI
CARD WATCH UPDATED       FROM CARD WATCH STATUS CW33 PTI 00
                              START DATE 07/20/22 END DATE 07/27/22
                         TO  CARD WATCH STATUS CW19 PTI 00
                              START DATE 07/20/22 END DATE 08/18/22




     F1=HLP F2=IAPS F3=EXT F4=IAGI F5=WCSA F6=WRK F7=PBWD F8=PFWD PA1=KEYS    F __
```

CHASE-CONRAD_000103

CONFIDENTIAL

# Exhibit 2

 **CHASE**

Card Services
PO Box 17280
Wilmington, DE 19850-7280

**Questions?**

 chase.com
📞 1-888-813-7092
We accept operator relay calls

03334 AFC 000 020 23222 NNNNNNNNNNNN 0904 E
**CONRAD  MITCHELL**
████████ ANCASTER RD ████
████████████████████

August 19, 2022

# Update:    **Here's more information about your fraud claim**

Your account ending in 5573

Dear Conrad  Mitchell:

Thank you for letting us know about the unauthorized use of your account above.

**Here's what you should know**
- We closed your account.
- A replacement account number was opened and a card mailed if one was requested.
  - If you haven't received it, please call us at 1-800-945-2000.
  - If the account is past due, the new card won't work.
- We put temporary credits on your account for the unauthorized transactions. You aren't required to pay for the unauthorized transactions or any related interest charges or fees while we review your claim.
- You'll see these adjustments at chase.com or on one of the next two billing statements.

**Please take these actions on your account**
- Destroy all cards and access checks associated with your old account number.
- Contact merchants that automatically bill the account with the new replacement account number.
- Make at least the minimum payment on the valid portion of your balance.
- Tell anyone else who uses the account that it's closed.
- Review the current terms and conditions as they still apply.

**If your account earns rewards, check your rewards activity**
- If you redeem rewards through Chase, we'll transfer your earned rewards over to the replacement account number, but remove any rewards from unauthorized transactions. If you used rewards earned on unauthorized transactions, we'll deduct future rewards to replace the negative balance.
- Rewards previously earned and transferred to a partner's rewards program won't change. Any rewards earned in the current billing period are transferred to the partner rewards program.
- See your Rewards Program Agreement for full details about your program.

If you have questions or see additional unauthorized activity, please call us 1-888-813-7092. We're here Monday through Friday from 8 a.m. to 9 p.m. Eastern Time.

Sincerely,

Fraud Department

CHASE-CONRAD_000003

CONFIDENTIAL

CHASE-CONRAD_000004

CONFIDENTIAL

# Exhibit 3

**Visa Resolve Online**

**Fraud Dispute Questionnaire**

**VROL Case Number 5214055933**

Member Case Number:

**Transaction Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Card/Acct #: | ███████xxx-5573 | Tran Type: | Sale | Issuer: | JPMorgan Chase Bank N.A. |
| Network: | VISA | Tran Date: | 08/12/2022 | CH Name: | |
| Tran ID: | 30222446944570301 | Processing Date: | 08/13/2022 | Acquirer: | Adyen N.V. |
| ARN: | 24204292224004541230131 | Tran Amount: | 427.96 USD | Merchant: | LEGOLAND CALIFORNIA |
| Retrieval Ref#: | 222421004541 | Jurisdiction: | DOMESTIC-US | Location: | 760-9185346,CA |

**Dispute Information**

| | |
|---|---|
| Dispute Amount: | 427.96 USD |
| Dispute Category/Condition: | 10.4 Fraud - Card Absent Environment |
| Financial Processing Date: | 09/23/2022 |

**Certification/Elaboration**

☑ Certification that the cardholder denies authorizing or participating in the disputed transaction

**Comments and Documents**

Comments:
Documents:

**Issuer Contact Information**

| | |
|---|---|
| Name: | Chase Bank Production RTSI Web Service PRD WSI |
| Phone: | |
| Email: | |

**Cardholder Contact Information**

Name Type:
Prefix:
First Name:
Middle Name:
Last Name:
Suffix:
Phone:
Business Phone:
Cell Phone:

CHASE-CONRAD_000006

CONFIDENTIAL

Fax:

Email:

Address:


City:

State/Region:

Postal Code:

Country:                                              US

Region:

Best Time to Call:

Does the cardholder give permission to release this information    No

to the Merchant?

---

**By completing this form, you agree that the information captured is correct to the best of your knowledge.  Any available documentation which supports this dispute should be attached.**

CHASE-CONRAD_000007

CONFIDENTIAL

**Exhibit 4**

**Visa Resolve Online**

**Fraud Dispute Pre-Arbitration Questionnaire**

**VROL Case Number 2256441395**

Member Case Number:

**Transaction Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮xxxx-5573 | Tran Type: | Sale | Issuer: | JPMorgan Chase Bank N.A. | |
| Network: | VISA | Tran Date: | 08/12/2022 | CH Name: | | |
| Tran ID: | 302224476039327 | Processing Date: | 08/14/2022 | Acquirer: | Bank of America, National | |
| ARN: | 24941682225698433434732 | Tran Amount: | 1,756.23 USD | | Association - Acquiring | |
| Retrieval Ref#: | 222522698433 | Jurisdiction: | DOMESTIC-US | Merchant: | SEAWORLD SAN DIEGO | |
| | | | | Location: | 407-545-5550,FL | |

**Case History Summary**

| Event | CPD | Dispute Amount | Currency | Dispute Category/Condition: |
|---|---|---|---|---|
| Dispute | 08/23/22 | 1756.23 | USD | 10.4 Fraud - Card Absent Environment |
| Pre-Arbitration | 09/09/22 | 1756.23 | USD | 10.4 Fraud - Card Absent Environment |

**Acquirer's Pre-Arbitration Information**

| | | |
|---|---|---|
| Dispute Amount: | | 1,756.23 USD |
| Dispute Category/Condition: | | 10.4 Fraud - Card Absent Environment |
| Why are you initiating Pre-Arbitration? | Invalid Dispute | |
| Dispute is invalid because: | | |

**Comments and Documents**

Comments:
Documents:
Other

**Acquirer Contact Information**

| | |
|---|---|
| Name: | System Resolution |
| Phone: | 1-301-766-5418 |
| Fax: | 1-301-766-5419 |
| Email: | |

**By completing this form, you agree that the information captured is correct to the best of your knowledge. Any available documentation which supports this dispute should be attached.**

CONFIDENTIAL

Dispute History

**Issuer Fraud Dispute Request**

08/23/2022                                                                 Chase Bank Prod RTSI Web Service PRD WSI

**Certification/Elaboration**

☑    Certification that the cardholder denies authorizing or participating in the disputed transaction

CONFIDENTIAL

**Acquirer Allocation Pre-Arbitration Questionnaire**
**Dispute Reason Code 10.1, 10.2, 10.3, 10.4, 10.5, 11.1, 11.2, 11.3**

**ROL Case Number:** 2256441395

**Transaction Information**

| | |
|---|---|
| Cardholder Account Number.414740XXXXXXX5573 | Tran type: D |
| Transaction Amount: 1756.23 | Acquirer Reference Number: 24941682225698433434732 |
| Tran Date (MM/DD/YY): 08/12/2022 | Chargeback CPD (MM/DD/YY): 08/23/2022 |
| Dispute Reason Code: 10 | Dispute Condition Code: 4 |
| MO/TO / ECI Indicator: 7 | Merchant Category Code: 7996 |
| Transaction Identifier: 302224476039327 | Jurisdiction: Visa USA Domestic |

**Are you changing your dispute amount :**

Dispute Amount: 1756.23

**Why are you initiating a Pre-arbitration ?**

___ Compelling Evidence

___ Credit Processed

_x_ Invalid Dispute

Reason : Dispute is invalid because See Merchant Response

**Credit Information**

Credit Date (CCYY-MM-DD):          Acquirer Reference Number:                    Credit Amount:

CHASE-CONRAD_000010

CONFIDENTIAL

**DISPUTE RESPONSE - C**

Merchant #: 424308882887          Case #: 822353598101          Reason Code: 1040          Amount: 1756.23

___ Accept dispute: By selecting this action, you are accepting **FULL** financial liability for this dispute.
___ Credit Issued: Credit Date (MM/DD/CCYY): ____/____/_____ Credit Amount: _____ Credit ARN: _____

Select all conditions that apply to your response and include supporting documentation as required by the Issuer.
Please ensure the case number is written in the upper right hand corner of each page.

_x_ 01 - Documentation to prove the cardholder is in possession of and/or using the merchandise
___ 02 - Signed Delivery form, copy of cardholder identification as proof goods were picked up at merchant location
___ 03- Address Verification Method, or AVS of Y or M and proof of delivery
___ 04 - Digital goods download, Download Date (MM/DD/CCYY)*:   Time (HH:MM)*:
          **(2 or more optional selections must be selected):**
          ___ Purchaser IP Address:                    and   Device Geographic Location:


          ___ Device ID:                               and   Device Name:


          ___ Purchaser Name:                          and   Purchaser Email:


          ___ Profile Setup or Application Access
          ___ Merchant Website or Application Access
          ___ Same Device and Previous Transaction on Same Card Not Disputed
          ARN*:                                        Transaction Date (MM/DD/CCYY)*:
___ 05 - Delivery to cardholder at place of employment
___ 06 - T & E Loyalty transactions related to purchase
___ 07 - T & E Subsequent purchases made throughout service period
___ 08 - Passenger Transport proof ticket received, scanned at gate or other information (e.g. frequent flyer miles)
___ 09 - Evidence of one or more non disputed payments for same merchandise or service
          ARN*:                                        Transaction Date (MM/DD/CCYY)*:
          IP Address:                                  Email Address:

          Physical Address:                            Phone Number:


___ 11 - Signed Mail Order/Phone Order form
___ 12 - Legitimate spend across multiple payment types for same merchandise
___ 13 - Recurring contract or prior undisputed recurring transaction and proof cardholder using merchandise or service
          ARN*:                                        Transaction Date (MM/DD/CCYY)*:
___ 14 - Signer is member of cardholder's household
___ 15 - Flight Manifest with corresponding purchase itinerary record

**\*- Input data required if corresponding option is selected (checked off).**

**Merchant Comments**



CHASE-CONRAD_000011

CONFIDENTIAL

Case: 822353598101

## Merchant Response to Dispute Case: 822353598101

Merchant Response Type (If Applicable):  **Defending**

| | | | |
|---|---|---|---|
| Merchant Number: | 424308882887 | ARN: | |
| Merchant Name: | SEAWORLD SAN DIEGO | Card Number: | ███████5573 |
| Merchant Ref #: | 363 | Response Date: | 9/7/22 7:53:50 AM CDT |
| Disputed Amount: | 1756.23 | Control#: | 24941682225698433434732 |
| Transaction Amount: | 1756.23 | Transaction Date: | 8/12/22 |

Compelling Evidence:    •                              •

Included Documents and/or Response Comments:

The received dispute for the transaction dated 8/12/22 in the amount of 1756.23 is invalid. The following transaction is not fraudulent as stated. The attached documents indicate the card holder participated in the transaction.

Please see verification document attached. Billing information all linked to the cardholder indicating transaction is not fraudulent. We request reversal on this chargeback.

Page 1 of 12

CONFIDENTIAL

Case: 822353598101



Hello thank you for your order. Below are your Order Details

**Order Number:** 20220812551422          **Order Date:** 8/12/22 8:13:23 AM CDT

| Bill to | Ship to |
|---|---|
| CONRAD MITCHELL<br>▇▇▇▇ LANCASTER RD<br>▇▇▇▇▇▇▇▇     AZ     85715<br>▇▇▇▇▇@YAHOO.COM<br>520▇▇▇▇ | |

| Ticket Code | Description | Unit Price |
|---|---|---|
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| AD854 | SEAWORLD SAN DIEGO ALL DAY DINING DEAL - ADULT | $49.99 |
| BD203 | SERVICE FEE – NON-TAXABLE | $9.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |
| WE787 | SEAWORLD SAN DIEGO SDT GROUP 15-50 INTENDED DAY | $54.99 |

|  |  |
|---|---|
| Subtotal: | $1,709.67 |
| Shipping: | $0.00 |
| Tax: | $46.56 |
| **Order Total:** | $1,756.23 |

**Delivery Method:** PRINT_AT_HOME

| Payment(s): | | | AVS / CVV | Authorization | Amount: |
|---|---|---|---|---|---|
| Visa | : | XXXX-XXXX-XXXX- 5573 | Y   2 | 09697D | $1,756.23 |

Page 2 of 12

CHASE-CONRAD_000013

CONFIDENTIAL

Case: 822353598101



## CONRAD MITCHELL

### Phone
+1 520
View phone details

SUBSCRIBER NAME
No subscriber name available

LOCATION
Same city and state as primary address

LINE TYPE
Non-fixed VoIP

CARRIER
Google Voice

### Primary Address
Lancaster Rd
View address details

RESIDENT NAME
Conrad Taylor Mitchell

Current resident

MAIL DELIVERY
Can receive mail

LOCATION TYPE
Single-unit

Street view

### Secondary Address
USA
View address details

VALIDITY
Not a valid address

### Email
integratomr2@yahoo.com
View email details

REGISTERED NAME
Conrad Taylor Mitchell

LOCATION
Same as primary address
Exact match for the primary address

ONLINE PRESENCE
First seen 2017-Oct-23

VALIDITY
Email syntax is valid

DOMAIN AGE
Domain created 1995-Jan-18

DOMAIN ORGANIZATION
Yahoo Assets LLC

CHASE-CONRAD_000014

CONFIDENTIAL

Customer Care

Print Page    Close Window

| Order Number: **20220812551422** | Order Status: **Processed** |
|---|---|

| Bill To | Ship To |
|---|---|
| Conrad Mitchell<br>████████ancaster Rd<br><br>5203████<br>5203██████████ | |

| Qty | Description | Unit Price | Subtotal |
|---|---|---|---|
| 20 | SeaWorld San Diego SDT Group 15-50 Intended Day (8/12/2022) | $54.99 | $1,099.80 |
| 12 | SeaWorld San Diego All Day Dining Deal - Adult | $49.99 | $599.88 |
| | | **Order SubTotal:** | **$1,699.68** |
| | | **Tax USD:** | **$46.56** |
| | | **Delivery Charge:** | **$0.00** |
| | | **Service Fee:** | **$9.99** |
| | | **Order Total USD:** | **$1,756.23** |
| | | **Cancellation Fee:** | |

| Payment | Status | Amount | Currency Amount |
|---|---|---|---|
| Visa - ███████5573 | Charged | $1,756.23 | |

CHASE-CONRAD_000015

CONFIDENTIAL

Customer Care

| Ticket & Reservation Details |
| --- |

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Jorge Mitchell

**Barcode Status:** Inactive



7422893342659403662

---

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Jennifer Mitchell

**Barcode Status:** Inactive



9796973377535928954

---

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Cindy Mitchell

**Barcode Status:** Inactive



1931003312616499771

---

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Martin Mitchell

**Barcode Status:** Inactive



2771983390264493552

---

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Kyle Mitchell

**Barcode Status:** Inactive

CHASE-CONRAD_000016

CONFIDENTIAL

Customer Care



979697077535988944

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Haley Mitchell

**Barcode Status:** Inactive



590895716403217426

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** George Mitchell

**Barcode Status:** Inactive



277198390864493522

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Juan Mitchell

**Barcode Status:** Inactive



119166042994153729

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Patricia Mitchell

**Barcode Status:** Inactive



482033948082975601

CHASE-CONRAD_000017

CONFIDENTIAL

Customer Care

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Oliver Mitchell

**Barcode Status:** Active



1395311922712 66463

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Wendy Mitchell

**Barcode Status:** Active



038244602975511921

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Patrick Mitchell

**Barcode Status:** Inactive



590835716423217427

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Edward Mitchell

**Barcode Status:** Inactive



135531192271263463

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Sidney Mitchell

**Barcode Status:** Inactive

CHASE-CONRAD_000018

CONFIDENTIAL

9/7/22, 9:39 AM    Case #22353598101    Customer Care



742589342959403662

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Olivia Mitchell

**Barcode Status:** Inactive



218822561871951394

SeaWorld San Diego All Day Dining
Deal - Adult

**Guest Name:** Keke Mitchell

**Barcode Status:** Inactive



123100312616499701

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Lucy Mitchell

**Barcode Status:** Inactive



277198190764493582

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Shawn Mitchell

**Barcode Status:** Inactive

742589342159403642

CHASE-CONRAD_000019

CONFIDENTIAL

9/7/22, 8:39 AM Case 822353598101

Customer Care

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Marcia Mitchell

**Barcode Status:** Inactive



742889342559403642

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Martia Mitchell

**Barcode Status:** Inactive



123180312616499721

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Adam Mitchell

**Barcode Status:** Inactive



119166002293153729

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Conrad Mitchell

**Barcode Status:** Inactive



979697377535948934

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Sean Mitchell

**Barcode Status:** Inactive

CHASE-CONRAD_000020

CONFIDENTIAL

Customer Care



979697677535988934

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Tiffany Mitchell

**Barcode Status:** Inactive



277198190464493552

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Samantha Mitchell

**Barcode Status:** Inactive



590865716403217423

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Victoria Mitchell

**Barcode Status:** Inactive



485033548082975609

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Heather Mitchell

**Barcode Status:** Inactive



119166002694153729

CHASE-CONRAD_000021

CONFIDENTIAL

Customer Care

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Amanda Mitchell

**Barcode Status:** Inactive



036244602975011951

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Liam Mitchell

**Barcode Status:** Inactive



482033148082975609

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Ian Mitchell

**Barcode Status:** Inactive



131531190271266463

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Victor Mitchell

**Barcode Status:** Inactive



036244602975711921

SeaWorld San Diego SDT Group 15-50
Intended Day (8/12/2022)

**Guest Name:** Veronica Mitchell

**Barcode Status:** Inactive

CHASE-CONRAD_000022

CONFIDENTIAL

Customer Care



218822561871941690

CHASE-CONRAD_000023

CONFIDENTIAL

# Exhibit 5

**Visa Resolve Online**

**Fraud Dispute Pre-Arbitration Questionnaire**

**VROL Case Number 2256441905**

Member Case Number:

### Transaction Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Card/Acct #: | ███████5573 | Tran Type: | Sale | Issuer: | JPMorgan Chase Bank N.A. | |
| Network: | VISA | Tran Date: | 08/12/2022 | CH Name: | | |
| Tran ID: | 302224488123482 | Processing Date: | 08/13/2022 | Acquirer: | Wells Fargo Bank, National | |
| ARN: | 24492152224743381236016 | Tran Amount: | 1,530.00  USD | | Association | |
| Retrieval Ref#: | 222426743381 | Jurisdiction: | DOMESTIC-US | Merchant: | VIATORTRIPADVISOR US | |
| | | | | Location: | 7027495744,CA | |

### Case History Summary

| Event | CPD | Dispute Amount | Currency | Dispute Category/Condition: |
|---|---|---|---|---|
| Dispute | 08/23/22 | 1530.00 | USD | 10.4 Fraud - Card Absent Environment |
| Pre-Arbitration | 09/05/22 | 1530.00 | USD | 10.4 Fraud - Card Absent Environment |

### Acquirer's Pre-Arbitration Information

| | |
|---|---|
| Dispute Amount: | 1,530.00  USD |
| Dispute Category/Condition: | 10.4 Fraud - Card Absent Environment |
| Why are you initiating Pre-Arbitration? | Invalid Dispute |
| Dispute is invalid because: | |

### Comments and Documents

Comments:
Documents:
Other

### Acquirer Contact Information

| | |
|---|---|
| Name: | System Resolution |
| Phone: | 1-301-766-5418 |
| Fax: | 1-301-766-5419 |
| Email: | |

**By completing this form, you agree that the information captured is correct to the best of your knowledge.  Any available documentation which supports this dispute should be attached.**

CHASE-CONRAD_000024

CONFIDENTIAL

Dispute History
_____

**Issuer Fraud Dispute Request**

08/23/2022                                                    Chase Bank Prod RTSI Web Service PRD WSI

**Certification/Elaboration**

☑    Certification that the cardholder denies authorizing or participating in the disputed transaction

CHASE-CONRAD_000025

CONFIDENTIAL

**Acquirer Allocation Pre-Arbitration Questionnaire**
**Dispute Reason Code 10.1, 10.2, 10.3, 10.4, 10.5, 11.1, 11.2, 11.3**

**ROL Case Number:**2256441905

**Transaction Information**

Cardholder Account Number ████████5573

Transaction Amount: 1530.00

Tran Date (MM/DD/YY): 08/12/2022

Dispute Reason Code: 10

MO/TO / ECI Indicator: 7

Transaction Identifier: 302224488123482

Tran type: D

Acquirer Reference Number: 24492152224743381236016

Chargeback CPD (MM/DD/YY): 08/23/2022

Dispute Condition Code: 4

Merchant Category Code: 4722

Jurisdiction: Visa USA Domestic

**Are you changing your dispute amount :**

Dispute Amount: 1530.00

**Why are you initiating a Pre-arbitration ?**

___ Compelling Evidence

___ Credit Processed

_x_ Invalid Dispute

Reason : Dispute is invalid because See Merchant Response

**Credit Information**

Credit Date (CCYY-MM-DD):          Acquirer Reference Number:                    Credit Amount:

CHASE-CONRAD_000026

CONFIDENTIAL

# DISPUTE RESPONSE - C

Merchant #: 0000445520811990        Case #: 222354060101        Reason Code: 1040        Amount: 1530.00

___ Accept dispute: By selecting this action, you are accepting **FULL** financial liability for this dispute.
___ Credit Issued: Credit Date (MM/DD/CCYY): ____/____/_____ Credit Amount: _____ Credit ARN: _____

Select all conditions that apply to your response and include supporting documentation as required by the Issuer.
Please ensure the case number is written in the upper right hand corner of each page.

_x_ 01 - Documentation to prove the cardholder is in possession of and/or using the merchandise
___ 02 - Signed Delivery form, copy of cardholder identification as proof goods were picked up at merchant location
___ 03- Address Verification Method, or AVS of Y or M and proof of delivery
___ 04 - Digital goods download, Download Date (MM/DD/CCYY)*:   Time (HH:MM)*:
       **(2 or more optional selections must be selected):**
       ___ Purchaser IP Address:        and   Device Geographic Location:

       ___ Device ID:        and   Device Name:

       ___ Purchaser Name:        and   Purchaser Email:

       ___ Profile Setup or Application Access
       ___ Merchant Website or Application Access
       ___ Same Device and Previous Transaction on Same Card Not Disputed
       ARN*:        Transaction Date (MM/DD/CCYY)*:
___ 05 - Delivery to cardholder at place of employment
___ 06 - T & E Loyalty transactions related to purchase
___ 07 - T & E Subsequent purchases made throughout service period
___ 08 - Passenger Transport proof ticket received, scanned at gate or other information (e.g. frequent flyer miles)
___ 09 - Evidence of one or more non disputed payments for same merchandise or service
       ARN*:        Transaction Date (MM/DD/CCYY)*:
       IP Address:        Email Address:

       Physical Address:        Phone Number:

___ 11 - Signed Mail Order/Phone Order form
___ 12 - Legitimate spend across multiple payment types for same merchandise
___ 13 - Recurring contract or prior undisputed recurring transaction and proof cardholder using merchandise or service
       ARN*:        Transaction Date (MM/DD/CCYY)*:
___ 14 - Signer is member of cardholder's household
___ 15 - Flight Manifest with corresponding purchase itinerary record

**\*- Input data required if corresponding option is selected (checked off).**

| Merchant Comments |
| --- |
| |
| |
| |
| |

CONFIDENTIAL

viator.com/Tours/Anaheim-and-Buena-Park/Disneyland-Resort-Tickets-US-Mexico-Latin-America-and-Japan-Residents/d797-312625NEY

Overview    What's Included    Meeting And Pickup    What to Expect    Additional Info    Cancellation Policy    Frequently Asked Questions    Reviews

• Multi-day Park Hopper® tickets are valid for entrance into both Disneyland® Park or Disney California Adventure Park each day over a specified number of days. Park hopping can commence after 11am.

See B More

## Cancellation Policy

This experience is non-refundable and cannot be changed for any reason. If you cancel or ask for an amendment, the amount you paid will not be refunded

Learn more about cancellations.

CHASE-CONRAD_000028

CONFIDENTIAL

CHASE-CONRAD_000029

CONFIDENTIAL

**The billing information provided at the time of booking shows the card holder's postal-code/zip-code. This may match your customer records.**



**The cardholder listed in the billing information has been linked with the listed traveler(s).**



**The email provided at the time of booking is registered to the customer.**



**Emailage verifies the email provided has a low risk for fraud use.**

| Emailage Data | |
|---|---|
| EA Email | @yahoo.com |
| EA Score | 50 |
| EA Risk Band ID | 1 |
| EA Advice | Lower Fraud Risk |
| EA Reason | Good Level 1 |
| EA Company | |
| EA Email Creation Date | 4/2/02 |
| EA Email Exists | Yes |

CHASE-CONRAD_000030

CONFIDENTIAL

**The phone number provided at the time of booking is registered to the listed cardholder / traveler.**



**The travelers are connected.**



CHASE-CONRAD_000031

CONFIDENTIAL

**Accertify has seen the customer's** Email **and** Phone **used together** 47 **times since** 12/20/15 **with no fraud.** Add information from Accertify Index score



**Accertify Verification Information.** (Include screenshots from the Index score, Country and Language, Inauth Data)

CONFIDENTIAL

## INAUTH AND EMAILAGE

### IP Address

| | | |
|---|---|---|
| IP Address | 🔍 ⚙ | 174.205.177.18 |
| InAuth Device Real IP Address | ⚙ | 174.205.177.18 |
| IP Carrier Code | ⚙ | verizon |
| IP Country | | 🔲 united states |
| IP Country Code | 🔍 | US |
| IP City | | SACRAMENTO |
| IP Connection Type | | mobile wireless |
| IP Proxy | | |
| IP Reg Org Code | 🔍 ⚙ | verizon |
| IP Region | | southwest |
| IP Timezone | | -8 |

### Inauth Data

| | | |
|---|---|---|
| InAuth Device ID | 🔍 ⚙ | 8311fe2c-a3ff-4e83-8299-ec59e67331ca |
| InAuth Device Real IP Address | ⚙ | 174.205.177.18 |
| InAuth Device Geolocation Country Code | ⚙ | 🔲 us |
| InAuth Device Geolocation City | | SACRAMENTO |
| InAuth Device Geolocation Region | | CALIFORNIA |
| InAuth Device Is Mobile | | false |
| InAuth Device Is Proxy | | false |
| InAuth Browser Navigator Language | | en-US |
| InAuth Risk Results | | High Frequency DeviceID - 1,Transparent Proxy Detected - 1 |
| InAuth Browser Time Tz Offset Minutes | | 420 |
| InAuth GDID New Device | | false |
| InAuth GDID First Seen | | 8/12/22 2:21:10 PM BST |
| InAuth GDID Times Seen | | 14 |
| X Inauth Is Tor | | |
| InAuth User Agent Browser | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Sa |
| User Agent Os Name | | Windows |
| InAuth User Agent Device Category | | PERSONAL_COMPUTER |

CHASE-CONRAD_000033

CONFIDENTIAL

**viator  Tripadvisor**

| | |
|---|---|
| **Dispute case:** | CB222354060101 |

**Booking Summary:**

| | |
|---|---|
| Itinerary ID: | IT-1309672128 |
| Transaction timestamp: | 8/12/22 6:33:29 AM PDT |

**Booker / Billing info:**

| | |
|---|---|
| IP Address: | 174.205.177.18 |
| Device ID: | 8311fa2c-a3ff-4e83-8299-ec59e67331ca |
| Geolocation City: | SACRAMENTO |
| Geolocation Country: | united states |
| | |
| Billing Name: | CONRAD MITCHELL |
| Billing Email address: | ▮▮▮▮▮▮▮@YAHOO.COM |
| Billing Postal code: | 85715 |
| Billing Country: | US |
| Billing Phone: | 1520▮▮▮▮ |
| | |
| Member Name: | |
| Member Email: | |
| Membership Date: | |
| Member Phone: | |
| Last Log in: | No |

**Payment info:**

| | |
|---|---|
| Payment amount: | $1,530.00 |
| Currency Code: | USD |
| Last 4 digits: | 5573 |
| Expiry date: | 05-23 |
| Authorization: | 09972D |
| AVS response: | AVS_NOT_PROVIDED |
| CVV response: | CVV_MATCH |

**Booking item 1:**

| | |
|---|---|
| Booking Reference: | BR-919946544 |
| Travel Date/Time: | 9/13/22 12:00:00 AM PDT |
| Booking Total: | $1,530.00 |
| Product Name: | Disneyland Resort Tickets - USA Residents |
| Supplier Name: | DISNEYLAND RESORT |
| Tour Grade Code: | TG20 |
| Destination Name: | Anaheim & Buena Park |
| Destination Country: | US |
| Lead Traveler: | CONRAD MITCHELL |
| Additional Travelers: | Barry Mitchell \| Charles Mitchell \| Jody Miller \| John Miller \| Meagan Miller |
| Number of Travelers: | 6 |

**Booking item 2:**

| | |
|---|---|
| Booking Reference: | |
| Travel Date/Time: | |
| Booking Total: | |
| Product Name: | |
| Supplier Name: | |
| Tour Grade Code: | |
| Destination Name: | |
| Destination Country: | |
| Lead Traveler: | |
| Additional Travelers: | |
| Number of Travelers: | |

CHASE-CONRAD_000034

CONFIDENTIAL

**Merchant Response to Dispute Case: CB222354060101**

Merchant Response Type (If Applicable): **Rebuttal Compelling/**

| | | | |
|---|---|---|---|
| Merchant Number: | ATT-PROD-US-USD | ARN: | 24492152224743381236016 |
| Merchant Name: | ATT-PROD-US-USD | Card Number: | ████████5573 |
| Merchant Ref #: | | Response Date: | 9/3/22 7:27:06 AM CDT |
| Disputed Amount: | 1530.00 | Control#: | b1dkv0n0 |
| Transaction Amount: | 1530.00 | Transaction Date: | 8/12/22 |

Compelling Evidence: •                    •

Included Documents and/or Response Comments:

Viator is an online marketplace selling experiences and is a subsidiary of Tripadvisor. Our website caters to travellers who are looking for tours, things to do, sightseeing, day trips, plus more across the globe. This cardholder purchased an experience through our website that was arranged and operated through a local operator in destination.

We believe this is a legitimate online purchase that was made by the card holder. We have included proof of the customer's identity from searches we have conducted using the information provided at the point of booking.

As per the terms and conditions that the customer agreed to at the time of booking, "all sales are final and cannot be changed or cancelled for any reason". The cancellation policy is clearly displayed to customers on the product information page viewed before booking (also attached for your reference).

Given that we do not believe this transaction was fraudulent, no cancellation was received and there were no reported issues, no refund is due. Please withdraw the chargeback.

CHASE-CONRAD_000035

CONFIDENTIAL

# Braintree  C8222354060101

## Categorized Merchant Comments

| Category | Comment |
| --- | --- |
| AVS_RESPONSE | Street Address not provided (I). Postal Code not provided (I). |

## Compelling Evidence

| Category | Filename |
| --- | --- |
| PROOF_OF_POSSESSION_OR_USAGE | PUT-18b0df88-100%+cancellation+policy+on+website5078180423185743077.pdf |
| PROOF_OF_POSSESSION_OR_USAGE | PUT-e17af3ca-No+issues+reported+prior+to+chargeback5900971920993473120.pdf |
| PROOF_OF_POSSESSION_OR_USAGE | IT-1309672123+POI3232042358900723000.pdf |

## Merchant Comments

## Transaction Information

**Merchant**
Viator

**Transaction Type**
sale

**Amount**
$1530.00 USD

**Transaction Created**
Aug 12 2022, 01:33 PM UTC

**Status**
settled

**Braintree Transaction ID**
b1dkv0n0

**Transaction ARN**
24492152224743381236016

**CVV Response**
Matches (M).

**AVS Response**
Street Address not provided (I). Postal Code not provided (I).

## Payment Information

**Payment Type**
Credit Card

**Card Type**
Visa

**Cardholder Name**
Conrad Mitchell

**Card Number**
█████████5573

**Expiration Date**
████

## Customer Information

**Name**
Conrad Mitchell

CHASE-CONRAD_000036

CONFIDENTIAL

Company

Email

Phone

Fax

**Billing Address**

Name

Street Address

City

State/Region

Country

**Shipping Address**

Name

Street Address

City

State/Region

Country

CHASE-CONRAD_000037

CONFIDENTIAL

**Exhibit 6**



Card Services
PO Box 17280
Wilmington, DE 19850-7280

**Questions?**
🖥 chase.com
📞 1-888-813-7092
We accept operator relay calls

04708 AFC 000 020 26022 NNNNNNNNNNNN 1118 E
**CONRAD MITCHELL**
██████LANCASTER RD
████████████████

September 17, 2022

# Update:    We completed our review of unauthorized transaction(s) on your account

Your account ending in 5573

Dear Conrad Mitchell:

Thank you for contacting us on 08/12/2022 about an unauthorized transaction on this credit card account. We completed our review and would like to share the results of our investigation.

### You are responsible for the following transaction(s)

| Date of Transaction | Amount | Merchant Name or Transaction Description | Reason |
|---|---|---|---|
| 08/12/2022 | 1530.00 | VIATORTRIPADVISOR US | You received benefit from this transaction. |
| 08/12/2022 | 1756.23 | SEAWORLD SAN DIEGO | You received benefit from this transaction. |

You can see this in your balance now at chase.com and on one of your next two billing statements.

**We closed our fraud investigation**
- If you contacted us about additional unauthorized transactions, we'll address those in a separate letter.
- If any of the transactions above were previously credited Chase Pay 'Pay with Points' transactions, and you want to reapply them for statement credit, please visit your card rewards program at chase.com or call the number on the back of your card.

If you have questions, please call us at 1-888-813-7092. We're here Monday through Friday from 8 a.m. to 9 p.m. Eastern Time.

Sincerely,

Fraud Department

CHASE-CONRAD_000001

CONFIDENTIAL

CHASE-CONRAD_000002

CONFIDENTIAL