John G. Kerkorian (012224)
kerkorianj@ballardspahr.com
Sarah A. Noe (036283)
noes@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Mitchell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>　　　　Defendant. | NO. CV-22-00435-TUC-RM<br><br>**JPMORGAN CHASE BANK, N.A.'S OFFER OF JUDGMENT TO PLAINTIFF** |

　　　　Pursuant to provisions of Rule 68 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A. ("Chase"), by its undersigned counsel, offers to accept entry of judgment in favor of Plaintiff and against Defendant Chase on Plaintiff's First Amended Complaint filed January 1, 2023 for alleged violation of the Fair Credit Billing Act, 15 U.S.C. § 1666 (the "Complaint"), in the amount of SEVENTY-FIVE THOUSAND DOLLARS and 00/100 ($75,000.00) in the above titled action.

　　　　This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not, and shall not be construed as, an admission that Chase is liable in this action, or that Plaintiff has suffered any damages. This Offer of Judgment is inclusive of all damages, attorneys' fees, taxable court costs, interest and/or other relief sought in the Complaint. All parties shall otherwise bear their own fees and costs. This offer must be accepted pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and, pursuant to Rule 68, will remain open for fourteen (14) days

from the date of service. If the offer is not accepted within fourteen days of service, then it is deemed withdrawn.

The judgment entered in accordance with this Offer of Judgment is to be in complete settlement and release of any and all claims and allegations by Plaintiff against, implicating or involving Chase, whether or not known, asserted or suspected by Plaintiff, and said judgment shall have no effect whatsoever except in settlement of those claims.

RESPECTFULLY SUBMITTED this 4th day of August, 2025.

**BALLARD SPAHR LLP**

By: */s/ Sarah A. Noe*
John G. Kerkorian
Sarah A. Noe
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2025, a copy of the foregoing was served via e-mail and mail upon the following:

Cy T. Hainey, Esq.
HILLTOP LAW FIRM
P.O. Box 9096
Phoenix, AZ 85068
E-mail: cy@hilltoplawfirm.com

Carl Schwartz (admitted *pro hac vice*)
Credit Repair Lawyers of America
27600 Farmington Road, Suite 108
E-mail: carl@crlam.com

*Attorneys for Plaintiff*


*/s/ Monica Baca*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

#4934-1791-7785 v2

3